IN THE UNITED STATES DISTRICT COURT FOR

THE WESTERN DISTRICT OF OKLAHOMA



FILED

JUN - 6 2008

ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA.
BY _____ DEPUTY

| | |
|---|---|
| DONNA J. GLOVER, ) | |
| Plaintiff, ) | |
| vs. ) | No. CIV-07-1051-W |
| MICHAEL J. ASTRUE, ) Commissioner of the Social Security ) Administration, ) | |
| Defendant. ) | |

## ORDER

On May 14, 2008, United States Magistrate Judge Robert E. Bacharach issued a Report and Recommendation in this case and recommended that the decision of defendant Michael J. Astrue, Commissioner of the Social Security Administration ("Commissioner"), denying the Applications for Disability Insurance Benefits and Supplemental Security Income filed by plaintiff Donna J. Glover be affirmed. Glover was advised of her right to file written objections to the Report and Recommendation, but she did not file any objections within the time allotted.

Upon de novo review of the record, the Court finds no error has occurred warranting the requested relief, and it concurs with Magistrate Judge Bacharach's suggested disposition of this matter. The Commissioner based his decision on substantial evidence, and he applied the correct legal standards.

Accordingly, the Court

(1) ADOPTS the Report and Recommendation issued on May 14, 2008;

(2) AFFIRMS the Commissioner's decision to deny Glover's Applications for

Disability Insurance Benefits and Supplemental Security Income; and

(3) ORDERS that judgment in favor of the Commissioner issue forthwith.

ENTERED this 6th day of June, 2008.

                                          LEE R. WEST
                                          UNITED STATES DISTRICT JUDGE